In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00542-CR
_____

MICHAEL WAYNE LAIRD, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 258th District Court
Polk County, Texas
Trial Cause No. 22217

ORDER

The clerk's record in the above styled and numbered cause was filed on February 25, 2014, and the reporter's record was filed on June 27, 2014. Appellant's brief was due on July 28, 2014, but was not filed, and the appellant was notified that neither the brief of the appellant nor a motion for extension of time to file the brief has been filed. As of today, neither the brief of the appellant nor a motion for extension of time has been filed.

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the

1

appellant shall be present in person. *See* Tex. R. App. P. 38.8(b)(3). If the appellant is not incarcerated, but fails to appear at the hearing after having been notified to do so, or after reasonable attempts to notify him have been made, then the trial court may enter a finding that appellant no longer desires to pursue the appeal and send said finding to this Court. *See* Tex. R. App. P. 38.8(b)(4). If the appellant is present for the hearing, we direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed, whether appellant has retained counsel who has abandoned the appeal, and whether good cause exists to appoint counsel because the appellant is indigent and unrepresented by counsel. *See* Tex. Code Crim. Proc. Ann. art. 1.051(d)(1) (West Supp. 2014).

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before October 27, 2014.

ORDER ENTERED September 25, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.

2